**\*\*NOT DESIGNATED FOR PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SCOTT W. GRAVES | § | |
| VS. | § | CIVIL ACTION NO. 9:16-CV-170 |
| DAVID W. MBUGUA, *et al.*, | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Scott W. Graves, an inmate formerly confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 against several defendants.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting plaintiff's motion to voluntarily dismiss his claims against defendant Janice Hanson (docket entry no. 216).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Partial Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

So ORDERED and SIGNED, Jul 28, 2020.

_____
Ron Clark
Senior Judge

---

[1] Plaintiff received a copy of the Report and Recommendation on May 20, 2020 (docket entry no. 218).